UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1199 SEIU GREATER UNITED HEALTHCARE WORKERS EAST,<br>**Plaintiff**<br><br>-v-<br><br>CONCORD NURSING AND REHABILITATION CENTER, INC.,<br>**Defendant** | Case No.<br><br>08 CV 01542<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (1199 SEIU United Healthcare Workers East) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: February 14, 2008

_____
Signature of Attorney
Lowell Peterson
**Attorney Bar Code: LP 5405**

92856

American LegalNet, Inc.
www.USCourtForms.com