UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

---

1199 SEIU UNITED HEALTHCARE WORKERS EAST

Plaintiff(s)

Index # 08 CV 01542

- against -

Purchased February 14, 2008

CONCORD NURSING AND REHABILITATION CENTER, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JAY MITCHELL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 24, 2008 at 12:33 PM at

300 MADISON STREET
BROOKLYN, NY11216

deponent served the within SUMMONS AND COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE THOMAS P. GRIESA; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR* on CONCORD NURSING AND REHABILITATION CENTER, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to CLARABELLE RODRIGUEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE THOMAS P. GRIESA; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR* as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 25 | 5'5 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  March 26, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

JAY MITCHELL
License #: 1097069
Invoice #: 457444

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728