UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
1199 SEIU GREATER UNITED HEALTHCARE
WORKERS EAST,

                              Plaintiff,                          Rule 7.1 Statement
                                                                   Case No.: 08 CV 01542

CONCORD NURSING AND REHABILITATION
CENTER, INC.

                              Defendant.
-------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant (Concord Nursing and Rehabilitation Center, Inc.) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

       NONE

Dated: April 13, 2008                                  ___/S_____
                                                       Signature of Attorney
                                                       Jeffrey A. Russ
                                                       Attorney Bar Code: JAR3806