UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

Plaintiff,                                                    ANSWER
                                                              Including Affirmative
CONCORD NURSING AND REHABILITATION                            Defenses
CENTER, INC.                                                  Index No: 08 CV 01542

Defendant.

-------------------------------------------------------------------x

Concord Nursing and Rehabilitation Center, Inc. ("Concord," or "Defendant") by its attorney
Jeffrey A. Russ PLLC answers the Complaint of Plaintiff 1199 SEIU United Healthcare Workers
East ("Plaintiff," or "Union") and respectfully alleges as follows:

First: Denies so much of paragraph 6 as alleges that Concord is a party to or bound by a
Collective Bargaining Agreement between the Union and the Greater New York Health Facilities
Association, Inc. ("Greater New York"). Concord is not a member of the Greater New York
Health Facilities Association, Inc. and the Memorandum of Agreement attached to the Complaint
as Exhibit 1 does not bind Concord to a Collective Bargaining Agreement between the Union
and Greater New York but only a Memorandum of Agreement dated June 1, 2004 between such
parties.

Second: Since Concord is not a member of, or bound by, the provisions of the Greater New York
Collective Bargaining Agreement Concord denies the allegations of paragraphs 7, 8, 9, 10, 11,
12 and 13 of the Complaint which alleged that Concord has obligations pursuant to a Collective
Bargaining Agreement between the Union, and Greater New York.

Third: With regard to the allegations of paragraph 17 of the Complaint Concord by its attorney, Jeffrey A. Russ, participated in an arbitration held telephonically in approximately 30 minutes before Martin F. Scheinman, Esq., Impartial Chairman, ("Scheinman,") on May 2, 2007. Linda Rodd represented the Union. Concord respectfully alleges as will be set forth at length in the Affirmative Defenses set forth below that the Arbitration Award dated December 12, 2007, ("Scheinman Award" or "Award") is not based on facts, is fatally flawed and should not be confirmed.

Fourth: Concord has not failed or refused to comply with the Scheinman Award as alleged in paragraph 19 of the Complaint but cannot comply because such Award is fatally flawed and should not be confirmed.

AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

Fifth: Annexed to this Answer as Exhibit 1 is a copy of the first three pages of a facsimile transmission from Anthony Perutla of the 1199 SEIU Pension and Benefits Fund, ("Perutla Summary") to Linda Rodd, the attorney for the Union, Kate Tierney, Secretary to Scheinman, and Jeffrey Russ, attorney for Concord. The facsimile transmissions states on the first page "Comments: Attached is a copy of the 8/01/02 – 12/31/05 audits needed for the 04/24/07 arbitration." This is the arbitration held by Scheinman, May 2, 2007. (Please see footnote 1 on page 2 of the Scheinman Award).

Sixth: The Perutla Summary shows that including interest to the date of the summary the total due from Concord to the six 1199 SEIU Funds namely the Welfare Fund, the Pension Fund, the

Education Fund, the Childcare Fund, the Job Security Fund, and the Worker Participation Fund

was $221,143.55 (Please see page 2 of Exhibit 1 attached hereto).

Seventh: The audit summary report completed by the auditor for the 1199 SEIU Funds, page 3 of

Exhibit 1, shows that the amount due to the six 1199 SEIU Funds without interest and auditor's

fees was $163,281.55.

Eighth: During the arbitration hearing Arbitrator Scheinman stated that he would not award

interest accrued on the amount due the Welfare Fund in the Award he would issue.

Ninth: In his Arbitration Award Arbitrator Scheinman states that he arranged, apparently *ex parte*, for an updated "Statement of Position" from the Funds Office and that the balance due for

the applicable period has been reduced by approximately $62,000.00. (Please see footnote 2

page 3 of the Scheinman Award.) At no time did Concord or its Counsel receive a copy of any

updated Statement of Position.

Tenth: Despite the fact that the amount in controversy as submitted to Scheinman by the Union

was a maximum of $221,143.55 the amount awarded by Scheinman is $228,266.35.

Scheinman's Award is silent as to how he arrived at the amount he awarded.

Eleventh: In the Petrella Summary, the amount due 1199 SEIU Welfare Fund including interest

and audit fees is alleged to be $200,565.24. Scheinman awarded $304,009.81. Scheinman's

Award is silent as to how he arrived at the amount he awarded.

Twelfth: In the Perrella Summary, the amount due the 1199 SEIU Pension Fund including interest and audit fees is alleged to be $6,560.60. Scheinman made no award to the Pension Fund. Scheinman's Award is silent as to why he made no award to the Pension Fund.

Thirteenth: In the Perrella Summary, the amount due the 1199 SEIU Education Fund including interest is alleged to be $5,546.68. Scheinman award the 1199 SEIU Education Fund $5,665.74. Scheinman's Award is silent as to how he arrived at the amount he awarded.

Fourteenth: In the Perrella Summary, the amount due the 1199 SEIU Job Security Fund including interest is alleged to be $4,948.18. Scheinman awarded $15,179.89. Scheinman's Award is silent as to how he arrived at the amount he awarded.

Fifteenth: In the Perrella Summary, the amount due the 1199 SEIU Workers Participation Fund including interest is alleged to be $710.02. Scheinman awarded $755.90. Scheinman's Award is silent as to how he arrived at the amount he awarded.

Sixteenth: NOWHERE IN THE SCHEINMAN AWARD IS THERE ANY ANALYSIS OF HOW HE ARRIVE AT THE AMOUNTS SET FORTH IN HIS AWARD NOR IS THERE ANY EXPLANATION OF HOW HE AWARDED AN AMOUNT MORE THAN $100,000.00 GREATER THAN THE AMOUNT WHICH THE UNION ALLEGED WAS IN CONTRAVERSY NOR IS THERE ANY INDICATION THAT THE AMOUNTS IN THE AWARD WERE REDUCED BY ABOUT $62,000.00 AS SET FORTH IN FOOTNOTE 2 ON

5

PAGE 3 OF ARBITRATOR SCHEINMAN'S AWARD NOR IS THERE ANY

EXPLANATION OF WHY NO AWARD WAS MADE TO THE 1199 SEIU PENSION FUND.

Seventeenth: In view of the foregoing, Arbitrator Scheinman's Award is clearly defective, totally flawed and should not be confirmed.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

Eighteenth: Attached as Exhibit 2(a) through 2(e) to this Answer are copies of the payments that Concord made to the various 1199 Funds during the period from April 16, 2007 to and including December 31, 2007.

Nineteenth: As shown in Exhibit 2(a), Concord made payments to the 1199 SEIU Welfare Fund during the period from April 16, 2007 – December 31, 2007 in the amount of $169,379.70.

Twentieth: As shown in Exhibit 2(b), Concord made payments to the 1199 SEIU Pension Fund during the period from April 16, 2007 – December 31, 2007 in the amount of $134,427.96

Twenty First: As shown in Exhibit 2(c), Concord made payments to the 1199 SEIU Childcare Fund during the period from April 16, 2007 – December 31, 2007 in the amount of $11,509.25.

Twenty Second: As shown in Exhibit 2(d), Concord made payments to the 1199 SEIU Workers Participation Fund during the period from April 16, 2007 – December 31, 2007 in the amount of $5,754.61.

Twenty Third: As shown in Exhibit 2(e), Concord made payments to the 1199 SEIU Education and Training Fund during the period from April 16, 2007 – December 31, 2007 in the amount of $11,509.25.

Twenty Fourth: It does not appear from Scheinman's Award that Concord was given credit for any of the amounts it paid to the 1199 Funds despite the fact that Scheinman obtained, apparently, ex parte, an updated Statement of Position from the Fund's office (see footnote 2, on page 3 of Scheinman's Award) and allegedly reduced the amount he awarded by approximately $62,000.00.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

Twenty Fifth: The arbitration hearing was held May 2, 2007. Scheinman issued his Award December 12, 2007. Scheinman set forth no explanation in his Award for the seven month delay.

Twenty-Sixth: The Union submitted to Scheinman a claim for $221,143.55 including interest and audit fees. Please see Exhibit 1 annexed hereto. Scheinman stated during the arbitration that he would forgive interest. Please see paragraph eighth above. Scheinman awarded the 1199 Funds

$328,266.35. There is no explanation of how he arrived at his Award. The only conclusion that can be drawn is that Scheinman's Award is faulty, totally flawed and in the interest of justice and equity should not be confirmed by this Court.

Twenty-Seventh: The failure of Scheinman to set forth, in any manner whatsoever, in his Award, how he arrived at the amounts allegedly due from Concord to the 1199 Funds is a fatal error and requires that this court in the interest of justice and equity refuse to confirm the Award.

WHEREFORE, Concord Nursing and Rehabilitation Center, Inc. respectfully requests:

1. That this court in the interest of justice and equity deny confirmation of the December 12, 2007 Award of Martin F. Scheinman, Esq.

2. That this court vacate such Award and direct that the parties submit the dispute to arbitration before Martin F. Scheinman, Esq., Impartial Chairman or another Arbitrator for a hearing and issuance of a proper Award.

3. That this Court grant such other and further legal and equitable relief as this Court may deem just and proper together with reasonable attorney's fees, cost and disbursements of this proceedings.

Dated: Jericho, New York April 13, 2008

Jeffrey A. Russ PLLC
Jeffrey A. Russ (JAR3806)
Attorney for Concord Nursing and
Rehabilitation Center, Inc.
33 South Service Road
Jericho, New York 11753

# EXHIBIT 1



1199SEIU
Benefit and Pension Funds
A Partnership for Excellence

National Benefit and Pension Funds
Greater New York Benefit and Pension Funds
Home Care Employees Benefit and Pension Funds
Home Health Aide Benefit Fund
330 West 42nd Street • 27th Floor
Finance Dept. • New York, NY 10036-6977
(646) 473-6460 Phone • (646) 473-6475 Fax • www.1199net.org

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO Linda Rodd | FROM Anthony Perrella |
| Kate Tierney | |
| Jeffrey Russ | |
| COMPANY Meyer Suozzi | DATE April 23, 2007 |
| FAX NUMBER 212 239-1311 | |
| 516 944-1771 | TIME ☐ AM ☒ PM |
| 516 334-5934 | |
| PHONE NUMBER 212 763-7019 | TOTAL NO. OF PAGES INCLUDING COVER 16 |

RE: (8845)Concord Audits

## CONFIDENTIAL HEALTH INFORMATION ENCLOSED

Health care information is personal and sensitive information and, if such information is being faxed to you, it is after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Comments:**    Attached is a copy of the 08/01/02-12/31/05 audits needed for the 04/24/07 arbitration.

CONFIDENTIAL COMMUNICATION

**Important warning.** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message

Greater New York Benefit Fund • (212) 541-9150 | Pension Fund • (646) 473-8666
Home Care Employees Benefit and Pension Funds • (646) 473-920[illegible]
Home Health Aide Benefit Fund • (646) 473-7470

330 WEST 42ND STREET NEW YORK, NY 10036-6977 WWW.1199NBF.ORG

ER960270058US

Via: EXPRESS MAIL

November 13, 2006

Mr. Glen Richards
Financial Director
Concord Nursing Home (8645)
300 Madison Street
Brooklyn, NY 11216

Re: Audit 1/1/00 – 12/31/05

Dear Mr. Richards:

Enclosed, herewith, please find a photostatic copy of the completed audit of Concord Nursing Home, which was completed on November 13, 2006. Below, you will find a statement of position, which indicates the total monies due the appropriate Funds as of the date of this letter.

| | | WELFARE | PENSION | EDUC. | CHILD CARE | JOB SECURITY | WORKER PARTIC. | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Prior Audit | 1/1/00-12/31/02 | $103,384.45 | $50,587.44 | $3,368.93 | $ 0.00 | $ 0.00 | $ 0.00 | $157,340.82 |
| ADD Current Audit DFI | 1/1/03-12/31/05 | $ 28,143.83 | (49,396.49) | (57.45) | 2,046.85 | 4,440.73 | 584.78 | (14,237.75) |
| ADD Current Audit DEF. | 1/1/03-12/31/05 | 14,990.05 | 4,170.27 | 566.03 | 283.83 | 80.50 | 87.80 | 20,178.48 |
| **TOTAL DUE:** | 1/1/00 12/31/05 | $146,518.33 | $5,361.22 | $3,877.51 | $2,330.68 | $4,521.23 | $672.58 | $163,281.55 |
| LESS Payments After Audit Date | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BALANCE DUE:** | 1/1/00-12/31/05 | $146,518.33 | $5,361.22 | $3,877.51 | $2,330.68 | $4,521.23 | $672.58 | $163,281.55 |
| ADD Audit Fees | | 700.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 |
| ADD Interest | | 53,346.91 | 499.38 | 1,669.17 | 452.15 | 426.95 | 67.44 | 56,462.00 |
| **TOTAL AMOUNT DUE:** | 1/1/00-12/31/05 | **$200,565.24** | **$6,560.60** | **$5,546.68** | **$2,782.83** | **$4,948.18** | **$740.02** | **$221,143.55** |

Please note that included in the statement of delinquencies due the Funds, is a demand for payment of auditing fees amounting to **$1,400.00** incurred due to the necessity of conducting this audit, and interest amounting to **$56,462.00** due to the loss of income incurred on all outstanding monies due the Funds.

Please review the audit immediately. Should you have any questions, please contact the undersigned at (646) 473-6460. Your failure to remit all outstanding monies due the Funds within fifteen (15) days of the date of this letter will cause this office to begin immediate proceedings to collect.

Sincerely,

Anthony Petrella
Controller
Finance Department

Enclosure
Cc: Stanley Moskowitz

# LOCAL 144
## AUDIT SUMMARY REPORT

| | |
|---|---|
| NAME | CONCORD NURSING HOME |
| ADDRESS | 300 MADISON STREET<br>BROOKLYN, NEW YORK 11218 |
| TYPE OF CONTRACT | INDEPENDENT |
| AUDIT OR REVIEW | OMISSIONS |
| OFFICE CONTACT | MS SUTTON - PAYROLL<br>MR. GLEN RICHARDS FINANCE DIRECTOR |
| TYPE OF PAYROLL | IN-HOUSE |
| PERIOD AUDITED | 1/1/03-12/29/05 |
| BARGINING UNIT | BLUE COLLAR & LPNS |

**DEFICIENCY OR ADJUSTMENT**

| | | WELFARE | PENSION | EDUCATION | CHILD CARE | JOB SECURITY | WORKER PARTIC | TOTAL |
|---|---|---|---|---|---|---|---|---|
| TOTAL DUE | 1/1/03-12/31/03 | $ 8,761 10 | $ (80,108 02) | $ 390 48 | $ 128 81 | $ 80 51 | $ | $ (49,747 12) |
| TOTAL DUE | 1/1/04-12/30/04 | $ 4,518.00 | $ 2,384 53 | $ 103 26 | $ 1,750 32 | $ - | $ 51 63 | $ 8,807 74 |
| TOTAL DUE | 1/1/05-12/29/05 | $ 28,854 78 | $ 12,497 27 | $ 14 84 | $ 451 55 | $ 4,440 72 | $ 620 95 | $ 46,880.11 |
| TOTAL DUE | 1/1/03-12/29/05 | $ 43,133 88 | $ (45,226 22) | $ 508.58 | $ 2,330 68 | $ 4,521 23 | $ 872 58 | $ 5,940 73 |

**REASONS FOR DEFICIENCY OR ADJUSTMENT**

| | |
|---|---|
| 1) EXTENDED PROBATIONARY PERIODS | $ 20,178 48 |
| 2) DELINQUENCY DUE ( SEE SCHEDULE C ) | $ (14,237 75) |
| TOTALS | $ 5,940 73 |

**ADDITIONAL COMMENTS**

**CONTRIBUTION RATES AS FOLLOWS**

| | | | | |
|---|---|---|---|---|
| | 1/1/03 | | | |
| WELFARE | 12 50% | 8/04 18 % | 3/05 17 83% | 7/05 19 75% |
| PENSION | 5 84% | | | |
| EDUCATION | 0.50% | | | |
| CHILD CARE | 6/03 4% | 6/04 5% | | |
| JOB SECURITY | 6/03 5% | 12/03 0 % | 6/1/05 25% | |
| WORKER PARTIC. | 12/03 5% | | | |

NO PENSION 6/1/04-8/31/04 & 11/1/04-1/31/05 PENSION FUND DEVERSION 10 & 11/04 TO WELFARE FUND

**STATEMENT OF POSITION**

| | WELFARE | PENSION | EDUCATION | CHILD CARE | JOB SECURITY | WORKER PARTIC | TOTAL |
|---|---|---|---|---|---|---|---|
| AUDIT BAL 1/1/00-12/31/02 | $ 103,384 45 | $ 50,587 44 | $ 3,368 93 | $ | $ - | $ - | $ 157,340 82 |
| CURRENT AUDIT 1/1/03-12/29/05 | $ 43,133 88 | $ (45,226.22) | $ 508.58 | $ 2,330 68 | $ 4,521 23 | $ 672 58 | $ 5,940 73 |
| TOTAL DUE | $ 146,518 33 | $ 5,361.22 | $ 3,877.51 | $ 2,330 68 | $ 4,521 23 | $ 872 58 | $ 163,281 56 |

AUDITORS SIGNATURE: STANLEY MOSKOWITZ
( 646 ) 473-6462

DATE COMPLETED NOV. 2, 2006

# EXHIBIT 2(a)

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | APR'07 | MAR 2007 BENEFITS | 50068.21 | | 50068.21 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 04/16/07 | 57115 | 10334 1199 SEIU WELFARE | | 50068.21 | | 50068.21 |

CONCORD NURSING HOME OPERATING
300 MADISON ST BROOKLYN, N.Y 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | APR'07 | MAR 2007 BENEFITS | 50068.21 | | 50068.21 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 04/16/07 | 57115 | 10334 1199 SEIU WELFARE | | 50068.21 | | 50068.21 |

CONCORD NURSING HOME
OPERATING
300 MADISON ST
BROOKLYN N.Y 11216

Fleet
94125 Queens Street Office
Brooklyn, New York 11211

1-32/210

| DATE | CHECK NUMBER |
|---|---|
| 04/16/2007 | 57115 |

057115

| CHECK AMOUNT |
|---|
| ****50,068.21 |

Pay ****50,068* DOLLARS AND 21 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

AUTHORIZED SIGNATURES

⑈057115⑈ ⑆021000322⑆ 94125 3898⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | MAY 2007 | APR 2007 | 46607.30 | | 46607.30 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/07 | 57340 | 10334 1199 SEIU WELFARE | | 46607.30 | | 46607.30 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | MAY 2007 | APR 2007 | 46607.30 | | 46607.30 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/07 | 57340 | 10334 1199 SEIU WELFARE | | 46607.30 | | 46607.30 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y 11216

Fleet
94125 Quincy Street Office
Brooklyn, New York 11221

1 32/210

| DATE | CHECK NUMBER |
|---|---|
| 05/16/2007 | 57340 |

057340

CHECK AMOUNT
****46,607.30

Pay ****46,607* DOLLARS AND 30 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK NY 10036

AUTHORIZED SIGNATURES

300 MADISON ST. BROOKLYN, N.Y. 11216 ACCOUNTS PAYABLE CHECK 057498

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUN'07 | MAY 2007 | 43570.88 | | 43570.88 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/07 | 57498 | 10334 1199 SEIU WELFARE | | 43570.88 | | 43570.88 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUN'07 | MAY 2007 | 43570.88 | | 43570.88 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/07 | 57498 | 10334 1199 SEIU WELFARE | | 43570.88 | | 43570.88 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y 11216

Fleet
94125 Quincy Street Office
Brooklyn New York 11221

| DATE | CHECK NUMBER |
|---|---|
| 06/18/2007 | 57498 |

1-32/210

057498

CHECK AMOUNT
****43,570.88

Pay ****43,570* DOLLARS AND 88 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY.10036

AUTHORIZED SIGNATURES

⑈057498⑈ ⑆021000322⑆ 94125 3898⑈

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK** 057659

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUL'07 | JUNE 2007 | 58397.91 | | 58397.91 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 07/18/07 | 57659 | 10334 1199 SEIU WELFARE | | 58397.91 | | 58397.91 |
| 07/18/07 | 57659 | 10334 1199 SEIU WELFARE | | 58397.91 | | 58397.91 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUL'07 | JUNE 2007 | 58397.91 | | 58397.9 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 07/18/07 | 57659 | 10334 1199 SEIU WELFARE | | 58397.91 | | 58397.91 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

Fleet
94125 Quincy Street Office
Brooklyn, New York 11221

1 32/210

| DATE | CHECK NUMBER |
|---|---|
| 07/18/2007 | 57659 |

057659

| CHECK AMOUNT |
|---|
| ****58,397.91 |

Pay ****58,397* DOLLARS AND .91 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

Dorothy Straker

BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK** 05788

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | AUG 07 | JULY 2007 | 48811.74 | | 48811.74 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 08/30/07 | 57882 | 10334 1199 SEIU WELFARE | | 48811.74 | | 48811.74 |
| 08/30/07 | 57882 | 10334 1199 SEIU WELFARE | | 48811.74 | | |

CONCORD NURSING HOME OPERATING
300 MADISON ST BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | AUG 07 | JULY 2007 | 48811.74 | | 48811.74 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 08/30/07 | 57882 | 10334 1199 SEIU WELFARE | | 48811.74 | | 48811.74 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

Fleet
94125 Quincy Street Office
Brooklyn, New York 11221

1 32/210

| DATE | CHECK NUMBER |
|---|---|
| 08/30/2007 | 57882 |

057882

| CHECK AMOUNT |
|---|
| ****48,811.74 |

Pay ****48,811* DOLLARS AND .74 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

Cozetta H. Green
Lillie M. Bryant
AUTHORIZED SIGNATURES

300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK** 057946

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | SEPT 07 | AUGUST 2007 | 63659.07 | | 63659.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 09/13/07 | 57946 | 10334 1199 SEIU WELFARE | | 63659.07 | | 63659.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 57946 | 10334 1199 SEIU WELFARE | | 63659.07 | | 63659.07 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | SEPT 07 | AUGUST 2007 | 63659.07 | | 63659.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 57946 | 10334 1199 SEIU WELFARE | | 63659.07 | | 63659.07 |

CONCORD NURSING HOME
OPERATING
300 MADISON ST.
BROOKLYN, N.Y 11216

Fleet
Quincy Street Office
Brooklyn New York 11221

1-32/210

| DATE | CHECK NUMBER |
|---|---|
| 09/13/2007 | 57946 |

057946

CHECK AMOUNT
****63,659.07

****63,659* DOLLARS AND 07 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK NY 10036

Dorothy Straker

ACCOUNTS PAYABLE CHECK 05809[illegible]

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| OCT'07 | | SEPT 2007 | 45871.42 | | 45871.42 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 10/15/07 | 58096 | 10334 1199 SEIU WELFARE | | 45871.42 | | 45871.42 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| OCT'07 | | SEPT 2007 | 45871.42 | | 45871.42 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 10/15/07 | 58096 | 10334 1199 SEIU WELFARE | | 45871.42 | | 45871.42 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

Fleet
94125 Quinn - Street Office
Brooklyn, New York 11221

1-32/210

| DATE | CHECK NUMBER |
|---|---|
| 10/15/2007 | 58096 |

058096

| CHECK AMOUNT |
|---|
| ****45,871.42 |

Pay ****45,871* DOLLARS AND .42 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

AUTHORIZED SIGNATURES

300 MADISON ST BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK 058302

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | NOV/07 | OCT 2007 BENEFITS | 48240.71 | | 48240.71 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 11/27/07 | 58302 | 10334 1199 SEIU WELFARE | | 48240.71 | | 48240.71 |

CONCORD NURSING HOME OPERATING
300 MADISON ST BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | NOV/07 | OCT 2007 BENEFITS | 48240.71 | | 48240.71 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 11/27/07 | 58302 | 10334 1199 SEIU WELFARE | | 48240.71 | | 48240.71 |

CONCORD NURSING HOME

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

Fleet
64175 Quincy Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER |
|---|---|
| 11/27/2007 | 58302 |

1-32/210

058302

| CHECK AMOUNT |
|---|
| ****48,240.71 |

Pay ****48,240 DOLLARS AND 71 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

Dorothy Straker
[signature]
AUTHORIZED SIGNATURES

CONCORD NURSING HOME
OPERATING
300 MADISON ST.
BROOKLYN,N.Y 11216

1-32/210

| CHECK NUMBER | DATE |
|---|---|
| 58440 | 12/31/2007 |

**Fleet**
04423  Chase Manhattan Bank
Brooklyn, New York 11221

**058440**

| CHECK AMOUNT |
|---|
| *****64,152.46 |

Pay ******64,152* DOLLARS AND 46 CENTS

PAY TO THE ORDER OF

1199 SEIU WELFARE BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY.10036

AUTHORIZED SIGNATURES

---

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 12/31/07 | 58440 | 10334 1199 SEIU WELFARE | | 64152.46 | | 64152.46 |

CONCORD NURSING HOME

**ACCOUNTS PAYABLE CHECK**

CONCORD NURSING HOME OPERATING
300 MADISON ST.   BROOKLYN,N.Y 11216

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| DEC/07 | | BENEFITS NOV 07 | 64152.46 | | 64152.46 |

---

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 12/31/07 | 58440 | 10334 1199 SEIU WELFARE | | 64152.46 | | 64152.46 |

CONCORD NURSING HOME

CONCORD NURSING HOME OPERATING
300 MADISON ST.   BROOKLYN,N.Y 11216

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| DEC/07 | | BENEFITS NOV 07 | 64152.46 | | 64152.46 |

# EXHIBIT 2(b)

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | APR 2007 | MAR 2007 BENEFITS | 16399.23 | | 16399.23 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 04/16/07 | 57114 | 10335 1199 SEIU PENSION | | 16399.23 | | 16399.23 |

CONCORD NURSING HOME OPERATING
300 MADISON ST BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | APR 2007 | MAR 2007 BENEFITS | 16399.23 | | 16399.23 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 04/16/07 | 57114 | 10335 1199 SEIU PENSION | | 16399.23 | | 16399.23 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

Fleet

| DATE | CHECK NUMBER |
|---|---|
| 04/16/2007 | 57114 |

1 32/210

057114

CHECK AMOUNT
****16,399.23

Pay ****16,399* DOLLARS AND 23 CENTS

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

AUTHORIZED SIGNATURES

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | MAY'07 | APR 2007 | 13117.43 | | 13117.43 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/07 | 57339 | 10335 1199 SEIU PENSION | | 13117.43 | | 13117.43 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | MAY'07 | APR 2007 | 13117.43 | | 13117.43 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 05/16/07 | 57339 | 10335 1199 SEIU PENSION | | 13117.43 | | 13117.43 |

CONCORD NURSING HOME
OPERATING
300 MADISON ST.
BROOKLYN, N.Y. 11216

Fleet
94125 Quincy Street Office
Brooklyn New York 11221

1 32/210

| DATE | CHECK NUMBER |
|---|---|
| 05/16/2007 | 57339 |

057339

| CHECK AMOUNT |
|---|
| ****13,117.43 |

*Pay* ****13,117* DOLLARS AND 43 CENTS

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

AUTHORIZED SIGNATURES

⑈057339⑈ ⑆021000322⑆ 94175 3898⑈

200 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK** 057497

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUN'07 | MAY 2007 | 12262.84 | | 12262.84 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/07 | 57497 | 10335 1199 SEIU PENSION | | 12262.84 | | 12262.84 |

CONCORD NURSING HOME OPERATING
200 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUN'07 | MAY 2007 | 12262.84 | | 12262.8 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 06/18/07 | 57497 | 10335 1199 SEIU PENSION | | 12262.84 | | 12262.84 |

**CONCORD NURSING HOME OPERATING**
200 MADISON ST.
BROOKLYN, N.Y. 11216

Fleet
Quincy Street Office
Brooklyn New York

| DATE | CHECK NUMBER |
|---|---|
| 06/18/2007 | 57497 |

1 32/210

057497

**CHECK AMOUNT**
****12,262.84

Pay ****12,262* DOLLARS AND 84 CENTS

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

AUTHORIZED SIGNATURES

⑈057497⑈ ⑆011000138⑆

ACCOUNTS PAYABLE CHECK 057658

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUL'07 | JUNE 2007 | 16435.85 | | 16435.85 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 07/18/07 | 57658 | 10335 1199 SEIU PENSION | | 16435.85 | | 16435.85 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | JUL'07 | JUNE 2007 | 16435.85 | | 16435.85 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 07/18/07 | 57658 | 10335 1199 SEIU PENSION | | 16435.85 | | 16435.85 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

Fleet
94125 Quincy Street Office
Brooklyn New York 11221

1 32/210

| DATE | CHECK NUMBER |
|---|---|
| 07/18/2007 | 57658 |

057658

CHECK AMOUNT
****16,435.85

Pay ****16,435* DOLLARS AND .85 CENTS

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

AUTHORIZED SIGNATURES

⑈057658⑈ ⑆021000322⑆ 94125 3888⑈

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK 057883

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | AUG'07 | JULY 2007 | 13737.86 | | 13737.86 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 08/30/07 | 57883 | 10335 1199 SEIU PENSION | | 13737.86 | | 13737.86 |

CONCORD NURSING HOME OPERATING
300 MADISON ST BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | AUG'07 | JULY 2007 | 13737.86 | | 13737.86 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 08/30/07 | 57883 | 10335 1199 SEIU PENSION | | 13737.86 | | 13737.86 |

CONCORD NURSING HOME OPERATING
300 MADISON ST
BROOKLYN, N.Y. 11216

Fleet
94125 Quincy Street Office
Brooklyn New York 11221

1 32/2

| DATE | CHECK NUMBER |
|---|---|
| 08/30/2007 | 57883 |

057883

Pay ****13,737* DOLLARS AND .86 CENTS

| CHECK AMOUNT |
|---|
| ****13,737.86 |

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

AUTHORIZED SIGNATURES

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | SEPT'07 | AUGUST 2007 | 17916.58 | | 17916.58 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 09/13/07 | 57945 | 10335 1199 SEIU PENSION | | 17916.58 | | 17916.58 |
| 09/13/07 | 57945 | 10335 1199 SEIU PENSION | | 17916.58 | | 17916.58 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | SEPT'07 | AUGUST 2007 | 17916.58 | | 17916.58 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 09/13/07 | 57945 | 10335 1199 SEIU PENSION | | 17916.58 | | 17916.58 |

CONCORD NURSING HOME
OPERATING
300 MADISON ST.
BROOKLYN, N.Y 11216

Fleet
94125 Quincy Street Office
Brooklyn, New York 11221

1-32/210

| DATE | CHECK NUMBER |
|---|---|
| 09/13/2007 | 57945 |

057945

CHECK AMOUNT
****17,916.58

PAY ****17,916* DOLLARS AND 58 CENTS

TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

AUTHORIZED SIGNATURES

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | OCT'07 | SEPT 2007 | 12910.32 | | 12910.32 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 10/15/07 | 58095 | 10335 1199 SEIU PENSION | | 12910.32 | | 12910.32 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | OCT'07 | SEPT 2007 | 12910.32 | | 12910.32 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 10/15/07 | 58095 | 10335 1199 SEIU PENSION | | 12910.32 | | 12910.32 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

Fleet
Quincy Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER |
|---|---|
| 10/15/2007 | 58095 |

1-32/210

058095

CHECK AMOUNT
****12,910.32

Pay ****12,910* DOLLARS AND .32 CENTS

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

AUTHORIZED SIGNATURES

300 MADISON ST. BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK 058303

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | NOV'07 | BENEFITS OCT 2007 | 13583.70 | | 13583.70 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 11/27/07 | 58303 | 10335 1199 SEIU PENSION | | 13583.70 | | 13583.70 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

CONCORD NURSING HOME

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | NOV'07 | BENEFITS OCT 2007 | 13583.70 | | 13583.70 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 11/27/07 | 58303 | 10335 1199 SEIU PENSION | | 13583.70 | | 13583.70 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

Fleet
94175 Quincy Street Office
Brooklyn New York 11221

1-32/210

| DATE | CHECK NUMBER |
|---|---|
| 11/27/2007 | 58303 |

058303

| CHECK AMOUNT |
|---|
| ****13,583.70 |

Pay ****13,583* DOLLARS AND 70 CENTS

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,NY.10036

AUTHORIZED SIGNATURES

⑈058303⑈ ⑆021000322⑆

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| APR '07 | | MAR '07 | | 702.02 | | 702.02 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 04/16/07 | 57116 | 11166 1199 SEIU WORKER PAR | | 702.02 | | 702.02 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.  BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| APR '07 | | MAR '07 | | 702.02 | | 702.02 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 04/16/07 | 57116 | 11166 1199 SEIU WORKER PAR | | 702.02 | | 702.02 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
9412N    Quince Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER |
|---|---|
| 04/16/2007 | 57116 |

1-32/210

## 057116

| CHECK AMOUNT |
|---|
| ******702.02 |

Pay      ******702*      DOLLARS      AND 02 CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART. FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK., NY. 10036

AUTHORIZED SIGNATURES

⑆057116⑆ ⑆021000322⑆ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| MAY 2007 | APR 2007 | | 561.53 | | 561.53 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 05/16/07 | 57341 | 11166 1199 SEIU WORKER PAR | | 561.53 | | 561.53 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| MAY 2007 | APR 2007 | | 561.53 | | 561.53 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 05/16/07 | 57341 | 11166 1199 SEIU WORKER PAR | | 561.53 | | 561.53 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94125 Quinn Street Office
Brooklyn, New York 11223

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 05/16/2007 | 57341 | |

**057341**

| CHECK AMOUNT |
|--------------|
| *******561.53 |

Pay     *******561* DOLLARS AND 53 CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART.FUND
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,,NY.10036

*Dorothy Straker*

*Lillie M. Ber...*

AUTHORIZED SIGNATURES

⑈057341⑈ ⑆021000322⑆ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|--|-------|----------|------------|
| | JUN '07 | MAY 2007 | | | 524.95 | | 524.95 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 06/18/07 | 57499 | 11166 1199 SEIU WORKER PAR | | 524.95 | | 524.95 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST., BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|--|-------|----------|------------|
| | JUN '07 | MAY 2007 | | | 524.95 | | 524.95 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 06/18/07 | 57499 | 11166 1199 SEIU WORKER PAR | | 524.95 | | 524.95 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
Queens Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 06/18/2007 | 57499 | |

057499

| CHECK AMOUNT |
|--------------|
| ******524.95 |

Pay      ******524*      DOLLARS      AND 95 CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART. FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, , NY. 10036

*Conella H. Green*
*Lillie M. Bryant*
AUTHORIZED SIGNATURES

⑈057499⑈ ⑉021000372⑉ 91125 38963⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| JUL '07 | | JUNE 2007 | 703.59 | | 703.59 |

**CONCORD NURSING HOME**

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 07/18/07 | 57660 | 11166 1199 SEIU WORKER PAR | | 703.59 | | 703.59 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST., BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|------------|-------------|-------|----------|------------|
| JUL '07 | | JUNE 2007 | 703.59 | | 703.59 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 07/18/07 | 57660 | 11166 1199 SEIU WORKER PAR | | 703.59 | | 703.59 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

**Fleet**
94125   Quincy Street Office
Brooklyn, New York 11233

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 07/18/2007 | 57660 | |

## 057660

| CHECK AMOUNT |
|--------------|
| *******703.59 |

Pay          *******703*   DOLLARS   AND  59  CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART.FUND
ACCT'S REC..27TH FLOOR
330 WEST 42ND STREET
NEW YORK,,NY 10036

*Dorothy Straker*

AUTHORIZED SIGNATURES

⑈057660⑈ ⑆021000322⑆ 94175 38982⑆

# EXHIBIT 2(d)

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| DEC 07 | | NOV 07 BENEFITS | | 18064.15 | | 18064.15 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 12/31/07 | 58439 | 10335 1199 SEIU PENSION | | 18064.15 | | 18064.15 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST., BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| DEC 07 | | NOV 07 BENEFITS | | 18064.15 | | 18064.15 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 12/31/07 | 58439 | 10335 1199 SEIU PENSION | | 18064.15 | | 18064.15 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
9423    Quincy Street Office
Brooklyn, New York 11221

1-32/210

| DATE | CHECK NUMBER |
|------|--------------|
| 12/31/2007 | 58439 |

058439

| CHECK AMOUNT |
|--------------|
| ****18,064.15 |

Pay    ****18,064*  DOLLARS   AND 15 CENTS

PAY TO THE ORDER OF

1199 SEIU PENSION BENEFITS
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

*Dorothy Straker*

*Gillie M. Bryant*
AUTHORIZED SIGNATURES

⑈058439⑈ ⑈021000322⑈ 96125 18983⑈

# EXHIBIT 2(c)

ACCOUNTS PAYABLE CHECK    057112

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| APR 07 | | MAR 2007 BENEFITS | 1404.04 | | 1404.04 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 16 07 | 57112 | 11167 1199 SEIU CHILD CARE | | 1404.04 | | 1404.04 |

CONCORD NURSING HOME OPERATING
300 MADISON ST., BROOKLYN, N.Y. 11216

ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| APR 07 | | MAR 2007 BENEFITS | 1404.04 | | 1404.04 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| | 57112 | 11167 1199 SEIU CHILD CARE | | 1404.04 | | 1404.04 |

CONCORD NURSING HOME
OPERATING
300 MADISON ST.
BROOKLYN, N.Y. 11216

Fleet
94125    Quincy Street Office
Brooklyn, New York 11233

| DATE | CHECK NUMBER |
|------|--------------|
| 04/16/2007 | 57112 |

1-32/210

057112

| CHECK AMOUNT |
|--------------|
| *****1,404.04 |

Pay    *****1,404*    DOLLARS    AND 04    CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

AUTHORIZED SIGNATURES

⑈057112⑈ ⑆021000322⑆ 94175 3898 2⑈

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| MAY '07 | | APR 2007 | | 1123.07 | | 1123.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 05/16/07 | 57337 | 11167 1199 SEIU CHILD CARE | | 1123.07 | | 1123.07 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.   BROOKLYN, N.Y 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| MAY '07 | APR 2007 | | | 1123.07 | | 1123.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 05/16/07 | 57337 | 11167 1199 SEIU CHILD CARE | | 1123.07 | | 1123.07 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94125    Quincy Street Office
Brooklyn, New York 11221

1 32/210

| DATE | CHECK NUMBER |
|------|--------------|
| 05/16/2007 | 57337 |

057337

| CHECK AMOUNT |
|--------------|
| *****1,123.07 |

Pay        *****1,123*  DOLLARS   AND 07  CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

*Dorothy Strake*

*Lillie M. ____*

AUTHORIZED SIGNATURES

⑈057337⑈ ⑆021000322⑆ 94125 3898 7⑈

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| JUN '07 | | MAY 2007 | | 1049.90 | | 1049.90 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 06/18/07 | 57504 | 11167 1199 SEIU CHILD CARE | | 1049.90 | | 1049.90 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST   BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| JUN '07 | | MAY 2007 | | 1049.90 | | 1049.90 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 06/18/07 | 57504 | 11167 1199 SEIU CHILD CARE | | 1049.90 | | 1049.90 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
4428    Quincy Street Office
Brooklyn  New York  11216

| DATE | CHECK NUMBER |
|------|--------------|
| 06/18/2007 | 57504 |

1-32/210

**057504**

| CHECK AMOUNT |
|--------------|
| *****1,049.90 |

Pay      *****1,049*   DOLLARS   AND   90   CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

AUTHORIZED SIGNATURES

⑈057504⑈ ⑆021000037⑆ 91 125 1000⑈

ACCOUNTS PAYABLE CHECK   057656

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| JUL'07 | | JUNE 2007 | | 1407.18 | | 1407.18 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 07/18/07 | 57656 | 11167 1199 SEIU CHILD CARE | | 1407.18 | | 1407.18 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST   BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| JUL'07 | | JUNE 2007 | | 1407.18 | | 1407.18 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 07/18/07 | 57656 | 11167 1199 SEIU CHILD CARE | | 1407.18 | | 1407.18 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94125   Quincy Street Office
Brooklyn, New York 11221

1-32/210

| DATE | CHECK NUMBER |
|------|--------------|
| 07/18/2007 | 57656 |

057656

| CHECK AMOUNT |
|--------------|
| *****1,407.18 |

Pay     *****1,407*   DOLLARS   AND 18   CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

*Dorothy Straker*
*Lillie M. Bryant*
AUTHORIZED SIGNATURES

⑈057656⑈ ⑆021000322⑆ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|------------|-------------|-------|----------|------------|
| AUG'07 | | JULY 2007 | 1176.19 | | 1176.19 |

**CONCORD NURSING HOME**

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|-----------|-----------|--------|-----------|-------------|----------------|--------------|
| 08/30/07 | 57884 | 11167 1199 SEIU CHILD CARE | | 1176.19 | | 1176.19 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|------------|-------------|-------|----------|------------|
| AUG'07 | | JULY 2007 | 1176.19 | | 1176.19 |

**CONCORD NURSING HOME**

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHLCK AMOUNT |
|-----------|-----------|--------|-----------|-------------|----------------|--------------|
| 08/30/07 | 57884 | 11167 1199 SEIU CHILD CARE | | 1176.19 | | 1176.19 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

**Fleet**
44125    Queens Street Office
Brooklyn   New York  11223

| DATE | CHECK NUMBER | 1-32/210 |
|------|-------------|----------|
| 08/30/2007 | 57884 | |

**057884**

| CHECK AMOUNT |
|--------------|
| *****1,176.19 |

Pay      *****1,176*  DOLLARS   AND $^{19}$ CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

AUTHORIZED SIGNATURES

⑈057884⑈ ⑆021000322⑆ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| SEPT 07 | | AUGUST 2007 | 1533.95 | | 1533.95 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 09/13/07 | 57943 | 11167 1199 SEIU CHILD CARE | | 1533.95 | | 1533.95 |

CONCORD NURSING HOME OPERATING
680 MADISON ST. BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| | | AUGUST 2007 | 1533.95 | | 1533.95 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 13/ | 57943 | 11167 1199 SEIU CHILD CARE | | 1533.95 | | 1533.95 |

CONCORD NURSING HOME
OPERATING
680 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
*94125    Quincy Street Office*
Brooklyn, New York 11221

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 09/13/2007 | 57943 | |

057943

| CHECK AMOUNT |
|--------------|
| *****1,533.95 |

For    *****1,533*   DOLLARS   AND  95  CENTS

TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC.,22TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

*Dorothy Straker*
*Lillie M. Bryant*
AUTHORIZED SIGNATURES

⑆057943⑆ ⑈021000322⑈ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| | | | | 1105.34 | | 1105.34 |
| OCT'07 | | SEPT 2007 | | | | |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 10/15/07 | 58093 | 11167 1199 SEIU CHILD CARE | | 1105.34 | | 1105.34 |
| | | | | 1105.34 | | 1105.34 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST., BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| OCT'07 | | SEPT 2007 | | 1105.34 | | 1105.34 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 10/15/07 | 58093 | 11167 1199 SEIU CHILD CARE | | 1105.34 | | 1105.34 |

---

### CONCORD NURSING HOME OPERATING
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
9432½    Quincy Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 10/15/2007 | 58093 | |

058093

| CHECK AMOUNT |
|--------------|
| *****1,105.34 |

Pay    *****1,105*  DOLLARS    AND ³⁴ CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

*Dorothy Strahan*

AUTHORIZED SIGNATURES

300 MADISON ST. BROOKLYN, N.Y. 11216                    **ACCOUNTS PAYABLE CHECK**    058301

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| NOV'07 | OCT 07 BENEFITS | | 1162.99 | | 1162.99 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 11/27/07 | 58301 | 11167 1199 SEIU CHILD CARE | | 1162.99 | | 1162.99 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216                    **ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| NOV'07 | OCT 07 BENEFITS | | 1162.99 | | 1162.99 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 11/27/07 | 58301 | 11167 1199 SEIU CHILD CARE | | 1162.99 | | 1162.99 |

**CONCORD NURSING HOME**
**OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
*Queens Street Office*
*Brooklyn, New York 11217*

| DATE | CHECK NUMBER | 1 32/210 |
|------|--------------|----------|
| 11/27/2007 | 58301 | |

058301

| CHECK AMOUNT |
|--------------|
| *****1,162.99 |

Pay        *****1,162*  DOLLARS    AND  99  CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

*Dorothy Straker*
*Lillie M. Bryant*
AUTHORIZED SIGNATURES

⑈058301⑈ ⑆031000933⑆ 81175 38982⑈

300 MADISON ST. BROOKLYN

**ACCOUNTS PAYABLE CHECK**    058437

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| DEC'07 | | NOV BENEFITS | 1546.59 | | 1546.59 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 12/31/07 | 58437 | 11167 1199 SEIU CHILD CARE | | 1546.59 | | 1546.59 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| DEC'07 | | NOV BENEFITS | 1546.59 | | 1546.5 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOU |
|------------|-----------|--------|-----------|-------------|----------------|------------|
| 12/31/07 | 58437 | 11167 1199 SEIU CHILD CARE | | 1546.59 | | 1546.59 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
Wall's     Quincy Street office
Brooklyn, New York 11221

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 12/31/2007 | 58437 | |

058437

| CHECK AMOUNT |
|--------------|
| *****1,546.59 |

Pay     *****1,546*  DOLLARS  AND 59  CENTS

PAY TO THE ORDER OF

1199 SEIU CHILD CARE FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

*Dorothy Straker*
*Lillie M. Bryant*
AUTHORIZED SIGNATURES

⑈058437⑈ ⑆021000322⑆ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| AUG '07 | JULY 2007 | | 588.09 | | 588.09 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 08/30/07 | 57885 | 11166 1199 SEIU WORKER PAR | | 588.09 | | 588.09 |

## CONCORD NURSING HOME OPERATING
309 MADISON ST.  BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| AUG '07 | JULY 2007 | | 588.09 | | 588.09 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 08/30/07 | 57885 | 11166 1199 SEIU WORKER PAR | | 588.09 | | 588.09 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
9412s    Quins Street Office
Brooklyn  New York  11221

| DATE | CHECK NUMBER |
|------|--------------|
| 08/30/2007 | 57885 |

1-32/210

**057885**

| CHECK AMOUNT |
|--------------|
| ******588.09 |

Pay        *******588*    DOLLARS    AND  09  CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART. FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK,, NY 10036

AUTHORIZED SIGNATURES

⑈057885⑈ ⑆021000322⑆ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| SEPT'07 | | AUGUST 2007 | | 766.98 | | 766.98 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 09/13/07 | 57947 | 11166 1199 SEIU WORKER PAR | | 766.98 | | 766.98 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST., BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| SEPT'07 | | AUGUST 2007 | | 766.98 | | 766.98 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 09/13/07 | 57947 | 11166 1199 SEIU WORKER PAR | | 766.98 | | 766.98 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94/25    Quincy Street Office
Brooklyn New York 11221

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 09/13/2007 | 57947 | |

057947

| CHECK AMOUNT |
|--------------|
| *******766.98 |

Pay    ********766*    DOLLARS    AND 98 CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART.FUND
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,,NY.10036

*Dorothy Straker*
*Zellie M. Bryant*
AUTHORIZED SIGNATURES

⑈057947⑈ ⑆021000322⑆ 94175 38982⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| 03/31/07 | OCT '07 | SEPT 2007 | 552.67 | | 552.67 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 10/16/07 | 58113 | 11166 1199 SEIU WORKER PAR | | 552.67 | | 552.67 |
| 10/16/07 | 58113 | 11166 1199 SEIU WORKER PAR | | 552.67 | | |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| 03/31/07 | OCT '07 | SEPT 2007 | 552.67 | | 552.6 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOU |
|------------|-----------|--------|-----------|-------------|----------------|------------|
| 10/16/07 | 58113 | 11166 1199 SEIU WORKER PAR | | 552.67 | | 552.6 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94125    Quincy Street Office
Brooklyn   New York 11221

| DATE | CHECK NUMBER |
|------|--------------|
| 10/16/2007 | 58113 |

1 32/21

058113

| CHECK AMOUNT |
|--------------|
| *******552.67 |

Pay       *******552*              .67
                    DOLLARS      AND        CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART.FUND
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,,NY.10036

Dorothy Straker

Lillie M. B___

AUTHORIZED SIGNATURES

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| NOV '07 | | OCT 07 BENEFITS | | 581.49 | | 581.49 |

**CONCORD NURSING HOME**

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 11/27/07 | 58300 | 11166 1199 SEIU WORKER PAR | | 581.49 | | 581.49 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST   BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| NOV '07 | | OCT 07 BENEFITS | | 581.49 | | 581.49 |

**CONCORD NURSING HOME**

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 11/27/07 | 58300 | 11166 1199 SEIU WORKER PAR | | 581.49 | | 581.49 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
Quincy Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER |
|------|--------------|
| 11/27/2007 | 58300 |

1-32/210

058300

| CHECK AMOUNT |
|--------------|
| *******581.49 |

Pay    *******581*    DOLLARS    AND  49  CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART. FUND
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, , NY. 10036

*Dorothy Straker*
*Sallie M. Bregon*

AUTHORIZED SIGNATURES

⑈058300⑈ ⑆021000339⑆ 81135 1000 7⑈

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| | DEC'07 | BENEFITS NOV 07 | | 773.29 | | 773.29 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 12/31/07 | 58441 | 11166 1199 SEIU WORKER PAR | | 773.29 | | 773.29 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| | DEC'07 | BENEFITS NOV 07 | | 773.29 | | 773.29 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUN |
|---|---|---|---|---|---|---|
| 12/31/07 | 58441 | 11166 1199 SEIU WORKER PAR | | 773.29 | | 773.29 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

**Fleet**
94323    Quincy Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER | 1 32/210 |
|---|---|---|
| 12/31/2007 | 58441 | |

058441

| CHECK AMOUNT |
|---|
| *******773.29 |

Pay    *******773*  DOLLARS  AND 29 CENTS

PAY TO THE ORDER OF

1199 SEIU WORKER PART.FUND
ACCT'S REC.,27TH FLOOR
330 WEST 42ND STREET
NEW YORK,,NY.10036

*Dorothy Straker*

AUTHORIZED SIGNATURES

⑈058441⑈ ⑈021000322⑈ 94175 38982⑈

**EXHIBIT 2(e)**

**ACCOUNTS PAYABLE CHECK** 057113

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| APR'07 | | MAR 2007 BENEFITS | | 1404.04 | | 1404.04 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 04/16/07 | 57113 | 10481 1199 SEIU EDUCATION | | 1404.04 | | 1404.04 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| APR'07 | | MAR 2007 BENEFITS | | 1404.04 | | 1404.04 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 04/16/07 | 57113 | 10481 1199 SEIU EDUCATION | | 1404.04 | | 1404.04 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
4112S   Quincy Street Office
Brooklyn  New York 11221

| DATE | CHECK NUMBER | 1 32/210 |
|------|--------------|----------|
| 04/16/2007 | 57113 | |

057113

**CHECK AMOUNT**
*****1,404.04

Pay     *****1,404*     DOLLARS     AND 04     CENTS

PAY TO THE ORDER OF

1199 SEIU EDUCATION & TRAINING
ACCT'S REC. 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY 10036

AUTHORIZED SIGNATURES

⑈057113⑈ ⑆031000111⑆ ... 185 ....

300 MADISON ST

**ACCOUNTS PAYABLE CHECK** 057338

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| MAY' 07 | | APR' 2007 | 1123.07 | | 1123.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 05/16/07 | 57338 | 10481 1199 SEIU EDUCATION | | 1123.07 | | 1123.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 05/16/07 | 57338 | 10481 1199 SEIU EDUCATION | | 1123.07 | | 1123.07 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| MAY' 07 | | APR' 2007 | 1123.07 | | 1123.07 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 05/16/07 | 57338 | 10481 1199 SEIU EDUCATION | | 1123.07 | | 1123.07 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
44125    Quincy Street Office
Brooklyn  New York  11221

| DATE | CHECK NUMBER | 1 32/210 |
|------|--------------|----------|
| 05/16/2007 | 57338 | |

057338

| CHECK AMOUNT |
|--------------|
| *****1,123.07 |

Pay    *****1,123*    DOLLARS    AND 07    CENTS

PAY TO THE ORDER OF

1199 SEIU EDUCATION & TRAINING
ACCT'S REC ,27TH FLOOR
310 WEST 42ND STREET
NEW YORK,NY,10036

*Dorothy Straker*

**ACCOUNTS PAYABLE CHECK** 057505

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| JUN'07 | MAY 2007 | | | 1049.90 | | 1049.90 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 06/18/07 | 57505 | 10481 1199 SEIU EDUCATION | | 1049.90 | | 1049.90 |

CONCORD NURSING HOME OPERATING
300 MADISON ST   BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|---|-------|----------|------------|
| JUN'07 | MAY 2007 | | | 1049.90 | | 1049.90 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 06/18/07 | 57505 | 10481 1199 SEIU EDUCATION | | 1049.90 | | 1049.90 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

**Fleet**
0413?   Quaix Street Office
Brooklyn, New York 11201

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 06/18/2007 | 57505 | |

057505

**CHECK AMOUNT**
*****1,049.90

Pay   *****1,049*   DOLLARS   AND 90   CENTS

PAY TO THE ORDER OF

1199 SEIU EDUCATION & TRAINING
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

AUTHORIZED SIGNATURES

⑈057505⑈ ⑈031000031⑈ ⑈⑈125 18723⑈

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| JUL/07 | JUNE 2007 | | 1407.18 | | 1407.18 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 07/18/07 | 57657 | 10481 1199 SEIU EDUCATION | | 1407.18 | | 1407.18 |
| | | | | | | 1407.18 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

## ACCOUNTS PAYABLE CHECK

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| JUL/07 | JUNE 2007 | | 1407.18 | | 1407.18 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 07/18/07 | 57657 | 10481 1199 SEIU EDUCATION | | 1407.18 | | 1407.18 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94125    Quarter Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER | 1 32/210 |
|------|--------------|----------|
| 07/18/2007 | 57657 | |

057657

| CHECK AMOUNT |
|--------------|
| *****1,407.18 |

Pay        *****1,407*  DOLLARS   AND 18  CENTS

PAY TO THE ORDER OF

1199 SEIU EDUCATION & TRAINING
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

Dorothy Straker

Lillie M. Bryant
AUTHORIZED SIGNATURES

300 MADISON ST. CHECK 057944    **ACCOUNTS PAYABLE CHECK** 057944

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| SEPT'07 | | AUGUST 2007 | 1533.95 | | 1533.95 |

**CONCORD NURSING HOME**

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 09/13/07 | 57944 | 10481 1199 SEIU EDUCATION | | 1533.95 | | 1533.95 |

CONCORD NURSING HOME OPERATING
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|-------|----------|------------|
| | | AUGUST 2007 | 1533.95 | | 1533.95 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| | | 10481 1199 SEIU EDUCATION | | 1533.95 | | 1533.95 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94125  Quincy Street Office
Brooklyn, New York 11211

| DATE | CHECK NUMBER | 1-32/210 |
|------|--------------|----------|
| 09/13/2007 | 57944 | |

057944

| CHECK AMOUNT |
|--------------|
| *****1,533.95 |

*****1,533*        95
DOLLARS      AND      CENTS

1199 SEIU EDUCATION & TRAINING
ACCT'S REC.,27TH FLOOR
310 WEST 42ND STREET
NEW YORK,NY. 10036

*Dorothy Straker*
*Nellie M. Bryant*
AUTHORIZED SIGNATURES

⑆057944⑆ ⑈031000111⑈ ⑆1185 18799⑆

| DATE | INVOICE NO. | DESCRIPTION | | | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| OCT'07 | | SEPT 2007 | | | 1105.34 | | 1105.34 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 10/15/07 | 58094 | 10481 1199 SEIU EDUCATION | | 1105.34 | | 1105.34 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | | | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| OCT'07 | | SEPT 2007 | | | 1105.34 | | 1105.34 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 10/15/07 | 58094 | 10481 1199 SEIU EDUCATION | | 1105.34 | | 1105.34 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
94725   Quincy Street Office
Brooklyn, New York 11221

| DATE | CHECK NUMBER |
|---|---|
| 10/15/2007 | 58094 |

058094

| CHECK AMOUNT |
|---|
| *****1,105.34 |

Pay     *****1,105*  DOLLARS  AND  34  CENTS

PAY TO THE ORDER OF

1199 SEIU EDUCATION & TRAINING
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

Dorothy Str:ker
Lillie M. Bryant
AUTHORIZED SIGNATURES

ACCOUNTS PAYABLE CHECK    058305

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| | NOV' 07 | | BENEFITS OCT 2007 | 1162.99 | | 1162.99 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 11/27/07 | 58305 | 10481 1199 SEIU EDUCATION | | 1162.99 | | 1162.99 |

**CONCORD NURSING HOME OPERATING**
305 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| | NOV' 07 | BENEFITS OCT 2007 | | 1162.99 | | 1162.99 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 11/27/07 | 58305 | 10481 1199 SEIU EDUCATION | | 1162.99 | | 1162.99 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST
BROOKLYN, N.Y. 11216

**Fleet**
94125    Court a Street Office
Brooklyn New York 11217

| DATE | CHECK NUMBER |
|------|--------------|
| 11/27/2007 | 58305 |

1-32/210

058305

| CHECK AMOUNT |
|--------------|
| *****1,162.99 |

Pay    *****1,162*    DOLLARS    AND    99    CENTS

PAY TO THE ORDER OF

1199 SEIU EDUCATION & TRAINING
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, N.Y. 10036

*Dorothy Straker*

AUTHORIZED SIGNATURES

⑈058305⑈  ⑉021000133⑈  81 125 3990⑈

**ACCOUNTS PAYABLE CHECK** 058438

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| DEC '07 | | NOV.07 BENEFITS | | 1546.59 | | 1546.59 |

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOUNT |
|------------|-----------|--------|-----------|-------------|----------------|--------------|
| 12/31/07 | 58438 | 10481 1199 SEIU EDUCATION | | 1546.59 | | 1546.59 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST. BROOKLYN, N.Y. 11216

**ACCOUNTS PAYABLE CHECK**

| DATE | INVOICE NO. | DESCRIPTION | | GROSS | DISCOUNT | NET AMOUNT |
|------|-------------|-------------|--|-------|----------|------------|
| DEC '07 | | NOV.07 BENEFITS | | 1546.59 | | 1546.59 |

CONCORD NURSING HOME

| CHECK DATE | CHECK NO. | VENDOR | CUST. ID# | TOTAL GROSS | TOTAL DISCOUNT | CHECK AMOU |
|------------|-----------|--------|-----------|-------------|----------------|------------|
| 12/31/07 | 58438 | 10481 1199 SEIU EDUCATION | | 1546.59 | | 1546.59 |

**CONCORD NURSING HOME OPERATING**
300 MADISON ST.
BROOKLYN, N.Y. 11216

**Fleet**
9412S   Quincy Street Office
Brooklyn  New York 11221

| DATE | CHECK NUMBER |
|------|--------------|
| 12/31/2007 | 58438 |

1-32/210

058438

| CHECK AMOUNT |
|--------------|
| *****1,546.59 |

Pay    *****1,546*  DOLLARS   AND 59  CENTS

PAY TO THE ORDER OF

1199 SEIU EDUCATION & TRAINING
ACCT'S REC., 27TH FLOOR
330 WEST 42ND STREET
NEW YORK, NY. 10036

_Dorothy Straker_

AUTHORIZED SIGNATURES

UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF NEW YORK

1199 SEIU UNITED HEALTHCARE WORKERS
EAST

Index No.: 08-CV-01542

Plaintiff

CONCORD NURSING AND REHABILITATION
CENTER, INC.

Defendant.

ANSWER
INCLUDING AFFIRMATIVE
DEFENSES
CASE NO. 08 CV 01542

Jeffrey A. Russ

Defendant

33 South Service Road
Jericho, New York 11753
(516) 750-9715

Lowell Peterson
Meyer, Suozzi, English & Klein, P.C.
Plaintiff